UNITED STATES DISTRICT COURT

__EASTERN__  District of  __CALIFORNIA__

| | |
|---|---|
| MELVIN CLYDE HARHAW,<br>      Plaintiff<br><br>              V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>      Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE         1:12-CV-01776-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

   X  The clerk is directed to file the complaint.

   X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this  __31 st__  day of  __October__ , __2012__ .

                                        /s/ Barbara A. McAuliffe
                                        Signature of Judicial Officer

                                        BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                        Name and Title of Judicial Officer