✎AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

____EASTERN____ **District of** ____CALIFORNIA____

MELVIN CLYDE HARHAW,
            Plaintiff

            V.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

COMMISSIONER of SOCIAL SECURITY,
            Defendant

CASE            1:12-CV-01776-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
        copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All
        costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

    _____

    _____

ENTER this    __31 st__    day of    _____October_____,    __2012__  .

____/s/ Barbara A. McAuliffe____
Signature of Judicial Officer

__BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE__
Name and Title of Judicial Officer